IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF MARYLAND

IN THE MATTER OF:

\*

\* Case No. 14-0881-SAG

DAVID P. HELKOWSKI

\*

\*\*\*\*\*\*

## ORDER APPOINTING COUNSEL FOR INDIVIDUAL NOT A NAMED DEFENDANT

The above entitled individual having been found to be financially unable to obtain counsel and may be entitled to appointment of counsel under the Criminal Justice Act,

**IT IS HEREBY ORDERED**, this 11th day April, 2014, that the Federal Public Defender for the District of Maryland is hereby appointed to represent the individual, David P. Helkowski.

Stephanie A. Gallagher
United States Magistrate Judge