=====================================================================

# *UNITED STATES DISTRICT COURT*
## ---------- DISTRICT OF MARYLAND -------

**APPEARANCE**

UNITED STATES OF AMERICA

      v.                            CASE NO. : 14-0881SAG

DAVID P. HELKOWSKI

      \*    \*    \*    \*    \*    \*

### NOTICE OF APPEARANCE

To the Clerk of this Court and all parties of record:

    Enter my appearance as counsel in this case for David P. Helkowski.  I certify that I am eligible to practice in this court.


 4/14/14                                                  /s /
Date                                                SUSAN A. HENSLER #95180
                                                        Staff Attorney
                                                        100 South Charles Street
                                                        Tower II, 9th Floor
                                                        Baltimore, Maryland  21201
                                                        Phone: (410)  962-3962
                                                        Fax: (410) 962-0872
                                                        Email: Susie_Hensler@fd.org